JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

PING LI,

    Petitioner,

    v.

FIELD OFFICE DIRECTOR, et al.,

    Respondents.

) Case No. 5:26-cv-02889-DTB
)
) **J U D G M E N T**
)
)
)
)
)
)
)
)
)

Pursuant to the Order Granting Petition for Writ of Habeas Corpus,

IT IS ADJUGED that the Petition is granted and a writ of habeas corpus shall be issued requiring Respondents to immediately release Petitioner Ping Li (A 075-667-614) from custody on the same conditions (if any) as he was subject to at the time of his arrest and detention by Respondents, and to return all of the property confiscated from him during his arrest and processing into detention.  Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them are enjoined from re-detaining Petitioner without notice and a pre-detention hearing before a neutral arbiter at which the government bears the burden of proving that Petitioner is a flight risk or danger to

1

the community.  Respondents shall file a status report within two (2) business days to confirm that Petitioner has been released from custody pursuant to the Order Granting Petition for Writ of Habeas Corpus.

DATED:  June 24, 2026

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2